**Alan M. Klein, State Bar No. 92785**
**LAW OFFICE OF ALAN M. KLEIN CORP.**
**16311 Ventura Boulevard, Suite 1200**
**Encino, California 91436**
**Telephone: (818) 986-3141**
**Facsimile: (818) 986-8141**

**Attorney for Defendants Mackson, Inc, Zulily, Inc.**
**And Burlington Coat Factory Direct Corp.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACKSON, INC., a New York Corporation; ZULILY, INC., a Delaware Corporation; BURLINGTON COAT FACTORY DIRECT CORP., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:15-CV-05075-DSF-RAO<br><br>NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR MACKSON, INC., ZULILY, INC. AND BURLINGTON COAT FACTORY DIRECT CORP.<br><br>Judge:   Hon. Dale S. Fischer<br>Room:   805<br>Date:    May 9, 2016<br>Time:    1:30 p.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on May 9, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, Alan M. Klein of the Law Office of Alan M. Klein Corp. ("Alan M. Klein") will move to be relieved as

attorney of record for defendants Mackson, Inc. ("Mackson"), Zulily LLC, successor in interest to Zulily, Inc. ("Zulily") and Burlington Coat Factory Direct Corp. ("Burlington") in this action pursuant to Local Rule 83-2.3.2 of the United States District Court for the Central District of California and Rule 1.16(b) of the ABA Model Rules of Professional Conduct.

Miskin & Tsui-Yip LLP ("Miskin & Tsui-Yip"), a New York law firm, is defendant Mackson's counsel for intellectual property matters. Alan M. Klein is appearing as the attorney for Mackson, Zulily and Burlington through Miskin & Tsui-Yip.

The reasons for this request are that (1) Mackson has failed to respond to requests by Miskin & Tsui-Yip to provide necessary information for representation, (2) Mackson has failed and refuses to pay the invoices issued for at least the last six (6) months by Miskin & Tsui-Yip, and (3) there has been a total breakdown in the attorney-client relationship that has made it impossible for Miskin & Tsui-Yip to represent Mackson, Zulily and Burlington in a meaningful fashion. Additionally, Andrew V. Jablon of Resch Polster & Berger LLP, who has already appeared in this action, will continue to be counsel of record for Burlington. Zulily and Burlington are currently finalizing the terms of a settlement of this matter.

The motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Alan M. Klein ("Klein Decl.") and Declaration of Wendi Opper Uzar ("Uzar Decl.") in

NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR MACKSON, INC., ZULILY, INC. AND BURLINGTON COAT FACTORY DIRECT CORP.

2

1  support thereof and submitted concurrently herewith.  Also submitted herewith is a
2  Proposed Order.

3
4     Dated:  April 6, 2016          /s/ *Alan M. Klein*
                                     Alan M. Klein
5                                    Attorney for Defendants

NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR MACKSON, INC., ZULILY, INC. AND BURLINGTON COAT FACTORY DIRECT CORP.

3

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action and a member of the bar of this court. My business address is 16311 Ventura Blvd., Suite 1200, Encino, California 91436.

I hereby declare that on April 6, 2015, a copy of the foregoing documents was filed with the United States District Court for the Central District of California in accordance with its Electronic Case Filing (ECF) procedures and served upon the attorneys of record for the paties to this action thru ECF via e-mail thru ECF to:

| | |
|---|---|
| Stephen M. Doniger, Esq. (SBN 179314)<br>Scott A. Burroughs, Esq. (SBN 235718)<br>Howard S. Han (SBN 243406)<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, California 90291 | Attorneys for Star Fabrics |
| Mark Brutzkus, Esq.<br>Jeffrey A. Kobulnick, Esq.<br>Brutzkus Gubner Rozansky Seror Weber LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367-4911 | Attorneys for Ross Stores |
| Andrew V. Jablon, Esq.<br>Resch Polster and Berger LLP<br>1840 Century Park East, 17th Floor<br>Los Angeles, CA 9067 | Attorneys for Burlington Coat Factory, Inc. |

I also, on said date, mailed a copy of the foregoing document, by first class mail, with postage pre-paid, addressed to:

Harjeet Monga
Chief Financial Officer
Mackson, Inc.
40 Gazza Blvd.
Farmingdale, NY 11735

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed this 6th day of April, 2016, at Los Angeles, California.

/s/ *Alan M. Klein*
_____
Alan M. Klein