Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACKSON, INC., *et al.*,<br><br>Defendants. | Case No.: CV15-5075-DSF (RAOx)<br>*Hon. Dale S. Fischer Presiding*<br><br>**STIPULATION TO DISMISS CERTAIN PARTIES**<br><br>**[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]** |
|---|---|

- 1 -

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, on the one hand, and Defendant Shosho Fashion, Inc. on the other, hereby STIPULATE as follows:

1. Defendant Zulily, Inc. is hereby dismissed with prejudice from this action;

2. Defendant Burlington Coat Factory Direct Corp. is hereby dismissed with prejudice from this action;

3. Defendant Ross Stores, Inc. is hereby dismissed with prejudice from this action;

4. The parties to this stipulation will each bear their respective costs and attorneys' fees as incurred solely against one another in connection with this action; and

5. This action will continue as to the remaining parties and claims.

SO STIPULATED.

Date: May 4, 2016       By:    /s/ Stephen M. Doniger
                               Stephen M. Doniger, Esq.
                               Howard S. Han, Esq.
                               DONIGER / BURROUGHS
                               Attorneys for Plaintiff


Date: May 4, 2016       By:    /s/ Alan M. Klein
                               Alan M. Klein, Esq.
                               LAW OFFICES OF ALAN M. KLEIN CORP.
                               Attorneys for Defendants Zulily, Inc. and Burlington Coat Factory Direct Corp.

| | | | |
|---|---|---|---|
| Date: May 4, 2016 | | By: | /s/ Andrew V. Jablon |
| | | | Andrew V. Jablon, Esq. |
| | | | RESCH POLSTER & BERGER LLP |
| | | | Attorneys for Defendant Burlington Coat Factory Direct Corp. |
| | | | |
| Date: May 4, 2016 | | By: | /s/ Mark D. Brutzkus |
| | | | Mark D. Brutzkus, Esq. |
| | | | Jeffrey A. Kobulnick, Esq. |
| | | | BRUTZKUS GRUBNER ROZANSKY SEROR WEBER LLP |
| | | | Attorneys for Defendant Ross Stores, Inc. |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

- 3 -