**Alan M. Klein, State Bar No. 92785**
**LAW OFFICE OF ALAN M. KLEIN CORP.**
**16311 Ventura Boulevard, Suite 1200**
**Encino, California 91436**
**Telephone: (818) 986-3141**
**Facsimile: (818) 986-8141**

**Attorney for Defendants Mackson, Inc, Zulily, Inc.**
**And Burlington Coat Factory Direct Corp.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACKSON, INC., a New York Corporation; ZULILY, INC., a Delaware Corporation; BURLINGTON COAT FACTORY DIRECT CORP., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:15-CV-05075-DSF-RAO<br><br>**DECLARATION OF ALAN M. KLEIN RE PROOF OF SERVICE ON MACKSON, INC. OF COURT'S ORDER OF APRIL 28, 2016**<br><br>Judge: Hon. Dale S. Fischer<br>Room: 805<br>Date: May 9, 2016<br>Time: 1:30 p.m. |

Alan M. Klein, declares as follows:

1, I am an attorney at law duly licensed to practice law in the State of California and the attorney for Defendants Mackson, Inc. ("Mackson"), Zulily, Inc. ("Zulily"), and Burlington Coat Factory Direct Corp. ("Burlington") in this action.

DECLARATION RE PROOF OF SERVICE OF COURT'S ORDER OF APRIL 28, 2016 ON MACKSON, INC.

1

2. On May 4, 2016, I served a copy of the Court's Order of April 28, 2016, on Mackson, Inc., by mailing a copy of said Order first class mail, postage prepaid, addressed to:

>Harjeet Monga
>Chief Financial Officer
>Mackson, Inc.
>40 Garza Blvd.
>Farmingdale, NY 11735

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 4th day of May, 2016, at Encino, California

>/s/ *Alan M. Klein*
>Alan M. Klein