Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff Star Fabrics, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACKSON, INC., *et al.*,<br><br>Defendants. | Case No.: 15-5075-DSF (RAOx)<br><u>Hon. Dale S. Fischer Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS CERTAIN PARTIES** |

**ORDER**:

Having reviewed the stipulation of the parties to dismiss certain defendants and claims from the action and finding good cause thereon,

IS HEREBY ORDERED that:

1. Defendant Zulily, Inc. is dismissed, with prejudice.
2. Defendant Burlington Coat Factory Direct Corp. is dismissed, with prejudice.
3. Defendant Ross Stores, Inc. is dismissed, with prejudice.
4. The parties to this stipulation will each bear their own costs as incurred in connection with the dismissed claims.
5. This action will continue as to the remaining parties and remaining claims.

SO ORDERED.

Date: 5/6/16         By: _____
                     Hon. Dale S. Fischer
                     United States District Judge

[PROPOSED] ORDER ON STIPULATION TO DISMISS CERTAIN PARTIES