UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 15-5075 DSF (RAOx) | Date | 9/6/16 |
|---|---|---|---|
| Title | Star Fabrics, Inc. v. Mackson, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

On December 7, 2015, this Court set a pretrial conference date of September 12, 2016. Pursuant to the Court's Order re Jury Trial, the proposed pretrial conference order and proposed jury instructions should have been lodged no later than seven days before the pretrial conference. Memoranda of contentions of fact and law, witness lists, and a joint exhibit list were to be filed no later than 21 days before the pretrial conference. As of this date, Plaintiff has filed no such documents. The pretrial conference and trial dates are vacated.

Plaintiff has taken no steps to ask that the corporate defendant's answer be stricken and its default entered. Plaintiff's counsel has failed to respond to repeated communications from the Court's courtroom deputy clerk.

Plaintiff is ordered to show cause on September 12, 2016 at 11:00 a.m. why this action should not be dismissed for lack of prosecution and failure to comply with this Court's orders

IT IS SO ORDERED.