UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 15-5075 DSF (RAOx) | Date | 9/12/16 |
| Title | Star Fabrics, Inc. v. Mackson, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Charles A. Rojas | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Howard S. Han | Not Present |

**Proceedings:** Order to Show Cause Hearing

    The matter is called and counsel states his appearance. There is no appearance from defendant. The Court hears oral argument. The Court discharges the Order to Show Cause.