# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 15-5075 DSF (RAOx) | Date | 10/6/17 |
|---|---|---|---|
| Title | Star Fabrics, Inc. v. Mackson, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DISMISSING Case for Lack of Prosecution

  On September 6, 2016, the Court issued an order to show cause re dismissal for lack of prosecution due to Plaintiff's failure to file any pretrial documents and its failure to attempt to strike the corporate defendant's answer in order to seek default. At a hearing on September 12, 2016, Plaintiff's counsel assured the Court that a motion to strike the answer and enter default would be filed within the week. It is now more than a year later and Plaintiff has completely abandoned the case. The case is DISMISSED for lack of prosecution.

  IT IS SO ORDERED.