JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., | Case No.: CV 15-5075 DSF (RAOx) |
| Plaintiff, | |
| v. | JUDGMENT |
| MACKSON, INC., et al., | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely satisfied the Court's orders regarding prosecution of the case,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice as to the remaining defendant, Mackson, Inc.

Dated: 10-6-17

_____
Dale S. Fischer
United States District Judge